ACCEPTED
03-14-00257-CV
3938947
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:50:15 PM
JEFFREY D. KYLE
CLERK

# FREDERICK, PERALES, ALLMON & ROCKWELL, P.C.

ATTORNEYS AT LAW

707 Rio Grande, Suite 200

Austin, Texas 78701

(512) 469-6000 / (512) 482-9346 (facsimile)

Info@LF-LawFirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/28/2015 4:50:15 PM
JEFFREY D. KYLE
Clerk

Of Counsel:
Richard Lowerre

January 28, 2015

The Honorable Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12549
Austin, TX 78701

RE: Vacation Notice of David Frederick; *Maverick County, et al., v. Railroad Commission of Texas, et al.*; No. 03-14-00257-CV; in the Third Court of Appeals in Austin, Texas.

Dear Mr. Kyle:

I will be out of the office and unavailable for settings on the dates of February 13th to March 3rd, 2015. I ask for consideration of this unavailability in any scheduling for the above-referenced docket.

Thank you for your assistance in this matter.

Sincerely,

/s/ David Frederick
David Frederick
Counsel for Maverick County

CC: Mr. William Cobb
Ms. Cynthia Woelk
Ms. Celeste Lira
Mr. Thomas Weber
Mr. Heriberto Morales